**Order entered September 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01095-CV

**IN RE: CC FORBES, LLC'S AND DEFENDANTS FORBES ENERGY SERVICES, LTD, FORBES ENERGY SERVICES DELAWARE, LLC, AND TX ENERGY SERVICES, LLC, Relators**

**Original proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-12627**

## ORDER

Before the Court is relators' September 15, 2016 emergency motion for temporary relief. We **GRANT** the motion and **STAY** the trial court's September 12, 2016 order granting the motion to compel the depositions of John Crisp and Charles Forbes, Jr. Such stay shall remain in effect until further order of this Court. The Court further requests respondent and the real parties in interest to file their responses, if any, to relators' September 15, 2016 petition for writ of mandamus by September 26, 2016.

/s/     BILL WHITEHILL
            JUSTICE